UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-62120-CIV-SEITZ

CHARLES LEACHMAN,

        Plaintiff,

v.

DISCOVER FINANCIAL SERVICES, LLC,

        Defendant.

## ORDER ON MOTION TO STAY AND SETTING CASE MANAGEMENT AND DISCOVERY CONFERENCE

THIS MATTER is before the Court on Defendant's Motion to Stay and Memorandum of Law in Support and Request for Judicial Notice [DE-11]. The Court has reviewed the Defendant's Motion and Reply, as well as Plaintiff's Response in Opposition. Defendant requests a stay of all proceedings on the bases of 1) the forthcoming Supreme Court's ruling in *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892 (2015), and 2) appeals before the D.C. Circuit of the Federal Communication Commission's ("FCC") July 2015 Order defining certain terms of the Telephone Consumer Protection Act. In light of the disputed relevance of the FCC's July 2015 Order, and the indeterminate timeline of its appellate review, Defendant's Motion to Stay pending appellate review of the FCC Order is denied. However, the Court is not yet prepared to rule on the remaining basis for the Motion to Stay.

The Court is also in receipt of the parties' Joint Scheduling Report [DE-18]. The 2015 amendments to the Federal Rules of Civil Procedure require the Court to ensure that discovery expenses are proportional to the needs and value of the case. *See* Fed. R. Civ. P. 26. In order to fulfill this responsibility, and to fairly rule on the remainder of the Defendant's Motion to Stay,

the Court requires more concrete information regarding the anticipated scope and cost of discovery. To that end, it is hereby

ORDERED THAT

(1) The parties shall appear for a **Case Management and Discovery Conference on January 26, 2016 at 2:00 p.m.**

(2) In preparation for the Conference, the parties must confer and prepare a discovery plan—more detailed than paragraph E of the Joint Scheduling Report—specifying anticipated discovery costs and proposed methods for reducing those costs. **The plan must be filed by 10:00 a.m. on January 26, 2016. The parties must attach copies of their initial Rule 26 disclosures to the plan.**

(3) The parties shall be prepared to discuss their proposed discovery plan, other ways of simplifying this case, and any disputed issues apparent at this juncture.

(4) The Court reserves final ruling on Defendant's Motion to Stay [DE-11], on the basis of the Supreme Court's pending *Spokeo* opinion.

DONE and ORDERED in Miami, Florida this 12th day of January, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record